IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

RECEIVED

MAY 14 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Sarina Tolber

Plaintiff

Vs

2:25 CV 0536

McDONALD'S CORPORATION

AND

McDONALD's RESTAURANT, P.T.S, INC

AND

ARTHUR J. GALLAGHER & CO

AND

GALLAGHER BASSET SERVICES, INC

Defendant(s)

Civil Action No.

JUDGE MORRISON

MAGISTRATE JUDGE JOLSON

**ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NATURE OF ACTION**

COMES NOW, Sarina C. Tolber, a natural person and a person of the age of majority residing in Franklin County who brings this action against Defendant(s) McDONALD'S CORPORATION, McDONALD'S RESTAURANTS, P.T.S, INC, ARTHUR J.

GALLAGHER & CO, and GALLAGHER BASSET SERVICES, INC. This is an action for damages brought by the Plaintiff for Defendants' violations of Bodily Injury, RICO (Racketeer Influenced and Corrupt Organizations Act) (hereinafter "RICO"), Negligence, Collection of Credit by Extortionate Means, Insurance Fraud, Truth in Lending Act (hereinafter "TILA"), Defamation of Character and False and Misleading Representations. Plaintiff seeks to recover monetary damages from the Defendant(s) for the above violations regarding the below incident.

## JURISDICTION AND VENUE

1. Venue is proper in this County and State because the Plaintiff's injuries incurred as a result of the negligence and fault of the Defendants took place in Pickerington, Ohio; moreover, Plaintiff is a resident of this County and State.

2. Defendants, McDONALD'S CORPORATION and ARTHUR J. GALLAGHER & CO Are both foreign corporations licensed to do and doing business in the State of Ohio;

3. McDONALD'S RESTAURANTS, P.T.S, INC and GALLAGHER BASSET SERVICES, INC are both corporations licensed to do and doing business in the State of Ohio.

## PARTIES

4. Plaintiff, Sarina C. Tolber (hereinafter "Plaintiff") is a natural person residing in Franklin County. Plaintiff is a natural consumer defined by 15 USC 1692 (a) (3)

5. Defendants McDONALD'S CORPORATION, McDONALD'S RESTAURANTS, P.T.S, INC, ARTHUR J. GALLAGHER & CO, and GALLAGHER BASSET SERVICES, INC (hereinafter "Defendant"), are entities who at all relevant times were engaged, by the use of emails, and telephone collecting credit by extortionate means violating the Truth in Lending Act followed by Plaintiff's bodily injury claim.

## FACTUAL ALLEGATIONS

1. On the evening of June 27, 2023, Plaintiff visited McDONALD'S RESTAURANTS, P.T.S, INC, located at 1091 Hill Rd N. Pickerington, OH 43147.

2. Plaintiff ordered a small cup of tea with lemons from this location.

3. Plaintiff drove up to drive thru window #2 to retrieve her hot beverage with lemons added. See exhibits

4. Plaintiff was then asked by the above Defendant McDONALD's RESTAURANT, P.T.S, INC employee to remove the lid to assure the lemons that she ordered were for certain inside of the Defendant's McDONALD's RESTAURANT, P.T.S, INC hot beverage.

5. Plaintiff honored the Defendant's McDONALD's RESTAURANT, P.T.S, INC employees request and removed the lid from the beverage while in the drive thru.

6. Upon opening the hot beverage, Plaintiff found there only to be hot water inside of the Defendants' McDONALD'S RESTAURANT, P.T.S, and McDONALD'S CORPORATION cup and that the lemons that she ordered were indeed missing.

7. Plaintiff was then asked by the Defendant McDONALD's RESTAURANT, P.T.S, INC employee to pull to the restaurant's final drive thru window and wait for her to return.

8. As requested, Plaintiff waited for the Defendant McDONALD's RESTAURANT, P.T.S, INC employee to return an unreasonable amount of time.

9. While waiting an unreasonable amount of time the Plaintiff placed the unopened tea bag in the already opened hot water; then sealed the lid back shut leaving only a small opening to place the lemons in when the Defendant's McDONALD's RESTAURANT, P.T.S, INC employee returned.

10. After Defendant's McDONALD's RESTAURANT, P.T.S, INC employee returned, she advised the Plaintiff that the restaurant was all out of lemons.

11. Plaintiff thanked the Defendant's McDONALD's RESTAURANT, P.T.S, INC employee for taking such an ample amount of time out from her schedule in attempt to locate the lemons that she originally ordered.

12. Plaintiff never realized that the Defendant's McDONALD's RESTAURANT, P.T.S, INC employee never advised her to place the top back onto the beverage; She advised her to take it off but never advised her to put it back on.

13. Plaintiff states that the Defendant's McDONALD's RESTAURANT, P.T.S, INC employee provided her with above and beyond service; however, her one mistake cost her and her two minor children dearly.

14. While crossing the street the hot beverage spilled into the Plaintiff's driver's seat and onto her driver's leg. See Pictures

15. Plaintiff went into a temporary shock and now suffers from memory loss.

16. While driving, Plaintiff had to quickly figure out how to not crash her vehicle, tend to the puddle of hot tea in her seat that was burning her leg (while stuck in her seatbelt) and make sure her two minor children were okay, one in which was also burned.

17. Plaintiff realized her issue was more severe than what she could have ever imagined "the burning would not cease". says the Plaintiff.

18. Plaintiff drove herself and two minor children to the Emergency Room.

19. Plaintiff was diagnosed with 1st while in the Emergency Room and were upgraded to 2nd degree burns after attending the OSU Burn Center just 2 days later. See Exhibits

20. While in the Emergency Room, Plaintiff while under stress and duress was essentially forced into taking the TDAP vaccination against her religious beliefs or she would "end up in worse conditions from infection" per her medical physician.

21. Plaintiff's hair is and has been falling out since taking the TDAP vaccination. Plaintiff is also growing an ample amount of gray hair. Plaintiff believes the vaccination gave her cancer.

22. Plaintiff's daughter was also burned by the hot beverage as she was in the driver's rear passenger side when the incident occurred. Her injures were minor however she still suffers from that day-today.

23. Plaintiff spent one year in therapy with a burn neurologist. See Exhibit

24. Plaintiff continues to suffer and has been in and out of the hospitals with her mental health as the primary issue, since the incident with the Defendants McDONALD'S CORPORATION and McDONALD's RESTAURANT, P.T.S, INC originally occurred. See Exhibits

25. For the record, Plaintiff has never attended a mental health facility prior to being injured by the Defendant's McDONALD's RESTAURANT, P.T.S, INC and McDONALD'S CORPORATION however she has now gotten very acquainted with such facilities.

26. Proving her previous competence and great mental health condition, Plaintiff obtained her Mental Health First Aid certification on November 13, 2022. See exhibits

27. Plaintiff advised the Defendants McDONALD'S CORPORATION and GALLAGHER BASSET SERVICES, INC

that she was on the verge of losing her storage unit that contained her and her two minor children's life's possessions; however, both Defendants failed to care.

28. Plaintiff has spent a great amount of time preparing this case, which proves her competence. "With God, Jesus and Heaven on my side, I was able to prepare this case" Plaintiff states.

29. Plaintiff's baby brother had just passed away on January 30, 2023, leaving even more insult to injury. She was given no time to properly grieve, due to having to deal with her injuries that the Defendants MCDONALD'S CORPORATION, McDONALD's RESTAURANT, P.T.S, INC and GALLAGHER BASSET SERVICES INC caused. See Exhibits

30. Plaintiff was asked by the Hiring Manager following her injuries for her social security number "to give" to GALLAGHER BASSET SERVICES, INC as their "insurance provider".

31. Plaintiff was advised by the hiring Manager at the time that GALLAGHER BASSET SERVICES, INC was indeed their insurance provider. Plaintiff later found out by her own research that they are not. See Exhibits

32. Through additional research, Plaintiff found that Defendants ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC created an application in her

likeness however she never benefited from it (as the sole Beneficiary), as she received no compensation for her injuries. See Exhibits

33. Plaintiff's minor son still relives the moment that he witnessed his mother being burned by the Defendant's McDONALD'S CORPORATION and McDONALD's RESTAURANT, P.T.S, INC hot beverage from the driver's rear passenger side of their vehicle. The minor child was only 4 years old at the time of the incident. He is now almost 6 years of age.

34. Several attempts were made by the Plaintiff to resolve this matter privately with Defendants McDONALD'S CORPORATION, McDONALD's RESTAURANT, P.T.S, INC, as well as GALLAGHER BASSET SERVICES, INC., however the Defendants refused to assist her.

35. Plaintiff has found that Defendant GALLAGHER BASSET SERVICES, INC., is not who they advertise to be. See Exhibits

36. Plaintiff waited an unacceptable amount of time to remember that her beverage was still opened.

37. Plaintiff was blessed and responsible enough to close majority of the cup leaving only a small opening otherwise her burns would have been much worse such as Stella Liebeck's.

38. Plaintiff lost her son, job, storage and mental well being due to the Defendant's McDONALD'S CORPORATION and GALLAGHER BASSET SERVICES, INC., gross negligence.

39. Prior to Plaintiff's burns and hospitalizations, she was the Sole Legal Guardian of her son.

40. Prior to Plaintiffs burns and hospitalizations she was working on her $150 million dollar case that she won by way of Default Judgement, that was fraudulently hidden by Fairfield County Municipal Court; Case Number 23 CV 363.

41. Plaintiff was forced to place the case on hold to file this Complaint and Demand for Jury Trial, causing her even more financial hardship.

42. Thirty years later McDONALD'S CORPORATION, has failed to change their hot beverage temperature. They made it clear that they wouldn't be in the 1992 Stella Liebeck case. See Exhibits

43. Sarina Tolber was 37 years old at the time of her injury. As a result of the spillage of the defective hot tea, Plaintiff sustained both 1st and 2nd degree burns on her right leg, side and back of her leg.

44. Sarina and her two minor children have been suffering ever since the incident took place.

45. The incident has caused Plaintiff an inhumane amount of pain and suffering, mental health struggles, and loss of life's enjoyment, for which she sues for damages.

46. At the time Plaintiff was gainfully employed, happy, healthy, and on her way to being wealthy. She lost her job and her health, and her mental stability.

47. As a direct result of the painful fault and the negligence of the Defendant's, McDONALD'S CORPORATION McDONALD's RESTAURANT, P.T.S, INC, ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC., Plaintiff sues for Neurology treatment, general recovery from pain of 1st and 2nd degree burns as well as discomfort with hot and cold sensitivity.

48. Sarina has done much research and found that it is Defendant MCDONALD'S CORPORATION'S normal procedure to produce and distribute unreasonably hot water by visiting a second location and ordering the exact same items, tea with lemon. See Exhibits

49. Plaintiff performed an experiment to see just how hot the water being served at MCDONALD'S CORPORATIONS P.T.S was, and to her surprise it was able to fully cook an entire pack of instant noodles. See Exhibits

50. Plaintiff visited MCDONALD'S CORPORATIONS P.T.S, LLC location in Pataskala, OH to perform her test. For the record no mishaps occurred.

51. Defendants McDONALD'S CORPORATION, McDONALD'S RESTAURANTS P.T.S INC, ARTHUR J. GALLAGHER & CO, and GALLAGHER BASSET SERVICES INC, are liable for the fault and negligence of the Plaintiff's burns, her minor daughter's burns as well as their losses.

52. Where there is a victim there is a crime. Corpus Delicti. For a crime to exist, there must be an injured party. Plaintiff and her two minor children are the injured parties.

53. ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC are both liable in this case. The denial of the Plaintiff's insurance claim places them at fault.

54. An application was created in the Plaintiff's likeness, however she never benefited from it whatsoever.

55. Through much research Plaintiff found Defendants MCDONALD'S CORPORATION and ARTHUR J. GALLAGHER & CO to be both listed on the Securities and Exchange Commission website proving this to be a case of Racketeering (RICO);

56. This also proves that her application was indeed securitized by the corporations. See Exhibits

57. Plaintiff comes now and sues MCDONALD'S CORPORATION, MCDONALD'S RESTAURANT P.T.S, INC, ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC. for gross negligence, RICO, for willful disregard of the

rights, safety and welfare of Sarina Tolber and any other consumers that purchase hot beverages in the defective state in which it is sold by Defendants McDONALD'S RESTAURANTS P.T.S and McDONALD'S CORPORATION for no warning, or in the alternative insufficient warning.

## COUNTS

### 1. Bodily Injury

ORC Section 2305.10 | Bodily injury or injury to personal property.
Plaintiff sustained 1st and 2nd degree burns because of Defendants' MCDONALD'S CORPORATION and MCDONALD'S RESTAURANT P.T.S, INC, unreasonably hot tea. She also lost sole legal custody of her minor child (toddler son) as a direct result of her burns and decline in her mental health causing him much injury.

### 2. RICO (Racketeer Influenced and Corrupt Organizations Act)

Defendant MCDONALD'S CORPORATION, MCDONALD'S RESTAURANT P.T.S, INC, ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC conspired against Plaintiff to obtain her credit. Plaintiff placed in evidence how the four are connected. She is the sole Beneficiary of the Estate. MCDONALD'S CORPORATION injured her, and ARTHUR J. GALLAGHER & CO monetized her application through GALLAGHER BASSET SERVICES, INC. All Defendants are liable.

### 3. Negligence

Defendant's MCDONALD'S RESTAURANT P.T.S, INC drive thru employee advised Plaintiff to remove the lid of her beverage while in the drive thru and failed to advise her to place it back on.

### 4. Collection of Credit by Extortionate Means

Defendant MCDONALD'S RESTAURANT P.T.S, INC requested Plaintiff's social security number almost immediately after she sustained first, and second degree burns from their unreasonably hot beverage while she was under stress and duress. Plaintiff was advised that

GALLAGHER BASSET SERVICES, INC was MCDONALD'S CORPORATION'S insurance provider.

**5. <u>Insurance Fraud</u>**

Defendant GALLAGHER BASSETT SERVICES, INC is doing business as an insurance company however they are in fact an insurance broker. Much harm has been done as a result of this false and misleading business conduct. ARTHUR J. GALLAGHER & CO, often called GALLAGHER, is a global insurance brokerage and risk management services firm. Founded in 1927 by ARTHUR J. GALLAGHER & CO it has grown to become one of the largest insurance brokers in the world, with operations in over 130 countries. They are in no way shape or form an insurance company. This was never explained to the Plaintiff following her injuries or thereafter. MCDONALD'S RESTAURANT P.T.S, INC must also be held liable in this matter as they are the ones who advised the Plaintiff that they were MCDONALD'S CORPORATION'S insurance provider and requested her social security number. ARTHUR J. GALLAGHER CO is not an insurance company it is an insurance broker. This is a huge issue. Customers are being declined regularly pursuant the public reviews on Google thinking GALLAGHER BASSETT SERVICES, INC was their insurance provider. These vital have been placed into evidence by Plaintiff.

**6. <u>Truth in Lending Act</u>**

Plaintiff was denied her own credit by Defendant GALLAGHER BASSETT SERVICES, INC. Defendant failed to disclose to Plaintiff that she was completing a credit application for her injuries. You cannot be denied your own credit pursuant the Equal Credit Opportunity Act. An application was created and securitized. He who comes in equity must come with clean hands pursuant the Clean Hands Doctrine.

**7. <u>Defamation of Character</u>**

Due to Defendants' MCDONALD'S CORPORATION and MCDONALD'S RESTAURANT P.T.S, INC actions of Plaintiff being injured by their unreasonably hot tea causing a decline in Plaintiff's mental health in addition to being denied her own credit by Defendant GALLAGHER BASSETT SERVICES INC, her reputation was ruined.

**8. <u>False and Misleading Representations</u>**

ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC are both posing as an insurance provider however they are an insurance brokers. An

insurance provider is a company or organization that offers insurance policies to individuals, businesses, or other entities. These providers are responsible for assessing risks, determining premiums, and providing financial protection through insurance coverage. In essence, they are the entities that issue insurance policies and are obligated to make payments if a covered event occurs. An insurance broker is an intermediary who helps individuals and businesses find the right insurance policies by representing their needs and comparing options from multiple insurance companies. Unlike insurance agents, who usually represent a single insurance company, brokers work independently and aim to secure the best coverage and rates for their clients. This false and misleading representation by ARTHUR J. GALLAGHER & CO and GALLAGHER BASSET SERVICES, INC left Plaintiff without coverage for her injuries.

**Prayer for Relief:** WHEREFORE, PREMISES CONSIDERED, Plaintiff comes now and prays for relief and judgement as follows:

a) For bodily injury and damages pursuant Ohio Revised Code Chapter 23 Article 2305 and Ohio Revised Code Chapter 23 Article 2315
b) $23,000,000.00 each.
c) reasonable attorneys' fees and costs incurred in this action.
d) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law
e) Awarding such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Sarina C Tolber

Sarina c. tolber/ Consumer

6460 Reflections Drive Apt C

Dublin, OH 43017

23abundance23@gmail.com

CERTIFICATE OF SERVICE

I certify that on May ____ 2025, I filed the foregoing document with the clerk of the U.S District Court, Southern District of Ohio.

1. McDONALD'S CORPORATION

110 North Carpenter Street

Chicago, IL 60607

And

3550 E Broad St Columbus, OH, 43213-1116 United States

2. McDONALD's RESTAURANT, P.T.S, INC

1091 Hill Rd N

Pickerington, OH 43147

614.759.1007

6. ARTHUR J. GALLAGHER & CO

Two Pierce Place

Itasca, IL 60143-3141

630.773.3800

AND

2850 Golf Road

Rolling Meadows, IL 60008

7. GALLAGHER BASSET SERVICES, INC

2850 Golf Road

Rolling Meadows, IL 60008

630.282.8564

May 14, 2025