# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SARINA TOLBER,

      **Plaintiff,**   :

  v.                          Case No. 2:25-cv-536
                                Chief Judge Sarah D. Morrison
MCDONALDS CORPORATION, *et*    Magistrate Judge Kimberly A. Jolson
*al.*,                               :

      **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's June 3, 2025 Report and Recommendation. (ECF No. 3.) There, the Magistrate Judge performed an initial screen of Plaintiff Sarina Tolber's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that it be dismissed for failure to state a federal claim upon which relief may be granted and for lack of subject matter jurisdiction over her state law claims. (*Id.*) The time for filing objections has passed, and no objections have been filed. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 2).

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

      IT IS SO ORDERED.

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON, CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**